ORIGINAL

FILED

JUN - 1 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16CR01069-01-BTM |
| Plaintiff, | JUDGMENT ORDER OF DISMISSAL |
| v. | |
| KATHARINA MIRAMONTEZ, | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case as it relates to Katharina Miramontez is dismissed without prejudice. Doc 32 will be filed under seal.

DATED: May 31, 2016.

_Barry Ted Moskowitz_
HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT JUDGE